**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

---

| | |
|---|---|
| IN RE: RENATA L. WALTON<br>a/k/a RENATA LASHANTE WALTON, | CASE NO. 26-12994-JDW |
| DEBTORS. | CHAPTER 7 CASE |

---

**NOTICE OF FILING OF EXHIBIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND REQUEST FOR ABANDONMENT OF PROPERTY OF THE ESTATE**

---

COMES NOW The Bank of Fayette County ("Creditor"), by and through counsel, and hereby gives notice of its filing of the Change in Terms Agreement entered into by Debtor in connection with Note 2011, which is attached here to as Exhibit A.

Respectfully submitted,

/s/ Bryant T. Carlton
Bryant T. Carlton (MS Bar No. 106387)
MARTIN, TATE, MORROW & MARSTON, P.C
6410 Poplar Avenue, Tower II, Suite 900
Memphis, Tennessee 38119
Telephone: (901) 522-9000
Facsimile: (901) 527-3746
bcarlton@martintate.com

*Attorney for Creditor The Bank of Fayette County*

**CERTIFICATE OF SERVICE / PLEASE SERVICE THE FOLLOWING:**

I, Bryant T. Carlton, do hereby certify that I have served a true and correct copy of the forgoing document on the following interested parties via U.S. Mail or the Court's ECF system to be circulated upon entry onto the Court's docket this 15th day of September, 2026:

Debtor

Debtor's Attorney

Chapter 7 Trustee

United States Trustee

/s/Bryant T. Carlton