**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**

**IN RE:** **CASE NO: 26-12994**

**Walton, Renata L.**

**APPEARANCES:**

( ) DEBTOR 1
( ) Required picture I.D. produced
( ) Required SSN verification produced
( ) Pay advices received

( ) DEBTOR 2 (Wife in Joint Cases)
( ) Required picture I.D. produced
( ) Required SSN verification produced
( ) Pay advices received

Credit counseling certificate ( x ) filed ( ) not filed
Tax returns received for NONE uploaded.
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to Office of the UST.
( ) DEBTOR'S REPRESENTATIVE: ______________________________
( X ) ATTORNEY FOR DEBTOR(S): **KEVIN F. O'BRIEN** or substitute: ______________________________
( ) DEBTOR(S) APPEARED PRO SE
( ) YES ( ) NO – If Pro Se, did anyone assist with preparation?
( ) YES ( ) NO – If yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD; or
( ) NOT HELD; or
(X ) NOT CONCLUDED AND IS CONTINUED TO THE 30TH DAY OF OCTOBER, 2026 AT 10:30 O'CLOCK A.M.

( ) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within ten (10) days of §341(a) Meeting – Schedule ______________
( ) OTHER: ______________________________

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: __________

ADDITIONAL NOTES: ______________________________

DATED: September 25, 2026 TRUSTEE: THOMAS C. ROLLINS, JR.

Track # 18