**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: WALTON, RENATA L.** **CASE NO. 26-12994-JDW**
**DEBTOR** **CHAPTER 7**

**AGREED ORDER EXTENDING DEADLINES FOR TRUSTEE AND UNITED STATES TRUSTEE TO FILE § 727 COMPLAINTS, MOTIONS TO DISMISS FOR ABUSE, AND OBJECTIONS TO EXEMPTIONS**

On the ore tenus motion of the Debtor and Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the “Trustee”), to extend the deadlines for the Trustee and the United States Trustee to file complaints objecting to discharge under 11 U.S.C. § 727, motions to dismiss for abuse, and objections to the Debtor’s claims of exempt property, and the Court, having considered the same, finds that good cause exists and that the requested relief should be granted. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED that:**

**1.** The deadline for the Trustee and the United States Trustee to file complaints objecting to the Debtor’s discharge under 11 U.S.C. § 727 is extended to sixty (60) days after the conclusion of the meeting of creditors under 11 U.S.C. § 341(a);

**2.** The deadline for the United States Trustee to file a motion to dismiss for abuse is extended to sixty (60) days after the conclusion of the meeting of creditors under 11 U.S.C. § 341(a); and

**3.** The deadline for the Trustee and other parties in interest to object to the Debtor’s claims of exempt property is extended to thirty (30) days after the conclusion of the meeting of creditors under 11 U.S.C. § 341(a).

**##END OF ORDER##**

**APPROVED AND AGREED TO:**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR.**
**CHAPTER 7 TRUSTEE**
(MSB 103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

/s/ KEVIN F. O'BRIEN
**KEVIN F. O'BRIEN**
**ATTORNEY FOR DEBTOR**