**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

---

**In Re: Renata L. Walton** **Case no.: 26-12994-JDW**
**a/k/a Renata Lashante Walton**
**Debtor(s)** **Chapter 7**

---

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND REQUEST FOR ABANDONMENT OF PROPERTY OF THE ESTATE [DKT#12]**

---

**COMES NOW**, the Debtor(s), by and through counsel of record, Kevin F. O'Brien, and files this Response to Motion for Relief from Automatic Stay and Request for Abandonment of Property of the Estate [Dkt#12] (hereinafter "Response"), and in support thereof respectfully submit to the Court the following:

1. Paragraph 1 of the Movant's Motion for Relief from Automatic Stay and Request for Abandonment of Property of the Estate (hereinafter "Motion") is admitted.

2. Paragraph 2 of the Motion is admitted.

3. Paragraph 3 of the Motion is admitted.

4. Paragraph 4 of the Motion is denied as to effectiveness of the cross-collateralization provision, especially in the context of a Chapter 13 where Note 9811 is under secured and a cram down treatment is allowed.

5. Paragraph 5 of the Motion is admitted.

6. Paragraph 6 of the Motion is admitted.

7. Paragraph 7 of the Motion is admitted.

8. Paragraph 8 of the Motion is admitted.

9. Paragraph 9 of the Motion is admitted.

10. Paragraph 10 of the Motion is admitted.

11. Paragraph 11 of the Motion is admitted.

12. Paragraph 12 of the Motion is admitted.

13. Paragraph 13 of the Motion is admitted.

14. Paragraph 14 of the Motion is admitted.

15. Paragraph 15 of the Motion is admitted.

16. Paragraph 16 of the Motion is admitted.

17. Paragraph 17 of the Motion is admitted.

18. Paragraph 18 of the Motion is admitted.

19. Paragraph 19 of the Motion is admitted.

20. Paragraph 20 of the Motion is denied Motion is denied as to effectiveness of the cross-collateralization provision, especially in the context of a Chapter 13 where Note 9811 is under secured and a cram down treatment is allowed.

21. Paragraph 21 of the Motion is denied.

22. Paragraph 22 of the Motion is denied.

23. Paragraph 23 of the Motion is denied.

**IN FURTHER SUPPORT** of his/her/their Response, Debtor(s), would respectfully submit to the Court the following:

1. Cause does not exist to terminate the stay as to the 9811 collateral as Debtor(s) intend(s) to convert this case to a chapter 13 prior to this matter being set for hearing, the plan to be filed in this case after conversion will propose payment of the 9811 debt in an amount up to the value of the 9811 collateral at the presumptive interest rate and proof of insurance has been supplied to the Creditor.

2. All 2011 collateral has been destroyed after an accident, in the case of the Cana OTL, or a major mechanical breakdown, in the case of the 2012 Camaro, and has no value. Debtor has no opposition to termination of the stay as this 2011 collateral.

3. The requirements of 11 U.S.C. § 362 (d)(2) as 9811 collateral have not been met in that this collateral is Debtors primary means of personal transportation and, as such, is necessary to an effective reorganization.

**WHEREFORE, PREMISES CONSIDERED** the Respondent respectfully request that Movant's request for relief be denied as to 9811 collateral and granted as to 2011 collateral.

Respectfully submitted,

/s/ Kevin F. O'Brien
Kevin F. O'Brien, MSB# 10731
1890 Goodman Road East, Suite 201
Southaven, MS 38671
(662) 349-3339
bankruptcy@obrienfirm.com

## CERTIFICATE OF SERVICE

I, Kevin F. O'Brien, do hereby certify that I have this the 29th day of September 2026, caused to be delivered, via the ECF notice system, a true and accurate copy of the "Response to Motion for Relief from Automatic Stay and Request for Abandonment of Property of the Estate" to the following parties at the e-mail addresses indicated:

Thomas C. Rollins, Jr., Chapter 7 Trustee
trollins@therollinsfirm.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Bryant T. Carlton
bcarlton@martintate.com

Lisa Stanley
lisa@stanley-tn.com

/s/ Kevin F. O'Brien
Kevin F. O'Brien, MSB# 10731
1890 Goodman Rd. East Suite 201
Southaven, MS 38671
662-349-3339
bankruptcy@obrienfirm.com