**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

---

**In re: Renata L. Walton** **Case No.: 26-12994-JDW**

**Debtor(s)** **Chapter 7**

---

# MOTION TO CONVERT CHAPTER 7 TO CHAPTER 13

---

Comes now the Debtor, Renata L. Walton, by and through her attorney of record, and for this Motion states:

1. That Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on August 19, 2026.

2. That Debtor now desires to convert her Chapter 7 case to Chapter 13.

**WHEREFORE**, pursuant to 11 U.S.C. sec. 706(a) and Fed. Rule Bankr. Pro. 1017(f)(2), Debtor moves the Court to enter an Order converting her Chapter 7 case to Chapter 13.

Respectfully Submitted,

/s/ Kevin F. O'Brien ___
Kevin F. O'Brien MSB# 10731
O'Brien Law Firm, LLC
1890 Goodman Road East, Suite 201
Southaven, MS 38671
(662) 349-3339

Joined by:

/s/ Renata L.Walton _
Renata L. Walton, Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re: Renata L. Walton** | **Case No.** | **26-12994-JDW** |
| **Debtors** | **Chapter** | **7** |

## CERTIFICATE OF SERVICE

The undersigned individual hereby certifies that he, on this 5, day of October 2026, electronically delivered, true and correct copies of the attached "Motion to Convert Chapter 7 to Chapter 13" to the following parties at the addresses below:

**U.S. Trustee**
**USTPRegions05.AB.ECF@usdoj.gov**

**Locke D. Barkley, Chapter 13 Trustee**
**Sbeasley@barkley13.com**

**Thomas C. Rollins, Jr., Chapter 7 Trustee**
**trollins@therollinsfirm.com**

**/s/ Kevin F. O'Brien**
**KEVIN F. O'BRIEN, MSB# 10731**
**O'Brien Law Firm, LLC**
**1890 Goodman Road East, Suite 201**
**Southaven, MS 38671**
**(662) 349-3339**