**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**RE: Renata L. Walton** **Case No. 26-12994**

**Debtor(s)** **Chapter 13**

**CERTIFICATE OF SERVICE**

The undersigned individual hereby certifies that he, on this 6, day of October, 2026, electronically delivered, mailed, postage prepaid, first-class, U.S. Mail, true and correct copies of the "Notice of Motion, Hearing & Response Deadline" to the following parties listed at the addresses below:

**Hon. Locke D. Barkley**

**sbeasley@barkley13.com**

**U.S. Trustee**

**USPTPRegion05.AB.ECF@usdoj.gov**

**All Parties listed on the Matrix (Attached)**

/s/ Kevin F. O'Brien
**KEVIN F. O'BRIEN, MSB# 10731**
**O'Brien Law Firm, LLC**
**1890 Goodman Road East, Suite 201**
**Southaven, MS. 38671**
**(662) 349-3339**