Label Matrix for local noticing
0537-1
Case 26-12994-JDW
Northern District of Mississippi
Aberdeen
Tue Oct 6 13:59:27 CDT 2026

The Bank of Fayette County
1125 Schilling Blvd E.
Suite 107
Collierville, TN 38017-7078

Cochran U.S. Bankruptcy Courthouse
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730-9569

05 Atc Fitness
Attn: Bankruptcy
PO Box 171374
Holladay, UT 84117-1374

(p)ALDOUS & ASSOCIATES
PO BOX 171374
HOLLADAY UT 84117-1374

Bank of Holly Springs
114 Memphis St
Holly Springs, MS 38635-2920

Capital Bank N.A.
Attn: Bankruptcy
2275 Research Blvd Ste 600
Rockville, MD 20850-6238

Cypress Trails Property Owners Assoc.
2862 Cypress Lake Dr. S
Olive Branch, MS 38654

Internal Revenue Service
C/O U.S. Attorney
900 Jefferson Avenue
Oxford, MS 38655-3608

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o Attorney General
U.S. Dept. of Justice 950 Pennsylvania A
Washington, DC 20530-0009

Lisa N. Stanley
6584 Poplar Ave. Ste. 205
Germantown, TN 38138-3687

Lynn Fitch Attorney General
P.O. Box 220
Jackson, MS 39205-0220

MS. Department of Revenue
P.O. Box 22808
Jackson, MS 39225-2808

Midland Mortgage
P.O. Box 26648
Oklahoma City, OK 73126-0648

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22116-3000

Navy Federal Credit Union Attn Bankruptcy
PO BOX 3000
MERRIFIEDL, VA 22116-3000

(p)ROYAL FURNITURE COMPANY
P O BOX 171307
MEMPHIS TN 38187-1307

State of Tennessee Department of Revenue
500 Deaderick Street
Andrew Jackson State Office Building
Nashville, TN 37242-0001

Tennessee Department of Revenue
c/o Tennessee Attorney Generals Office
Bankruptcy Division
P. O. Box 20207
Nashville TN 37202-4015

The Bank of Fayette County
1265 Highway 57
Collierville, TN 38017-5323

The Bank of Fayette County
c/o Lisa Stanley
6584 Poplar Avenue, Suite 205
Germantown, TN 38138-3687

Tyler Walton
3140 Cypress Run Cove
Olive Branch, MS 38654-1191

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

Kevin F. O'Brien
O'Brien Law Firm, LLC
1890 Goodman Rd. E #201
Southaven, MS 38671-9504

Renata L. Walton
3140 Cypress Run Cove
Olive Branch, MS 38654-1191

Thomas Carl Rollins Jr
Chapter 7 Trustee
P.O. Box 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Aldous and Associates, Pllc
Attn: Bankruptcy
PO Box 171374
Holladay, UT 84117-1374

Mohela/dofed
MOHELA, Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

Royal Furniture
Attn: Bankruptcy
930 S White Station Rd
Memphis, TN 38117-5725

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)The Bank of Fayette County
1125 Schilling Blvd e., Suite 107
Collierville, TN 38017-7078

| End of Label Matrix | |
|---|---|
| Mailable recipients | 27 |
| Bypassed recipients | 1 |
| Total | 28 |