**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RENATA L. WALTON,** **CASE NO. 26-12994-JDW**
**Debtor** **CHAPTER 7**

**CHAPTER 7 TRUSTEE'S RESPONSE TO**
**MOTION TO CONVERT TO CHAPTER 13**

Thomas C. Rollins, Jr., Chapter 7 Trustee, responds to the Debtor's Motion to Convert Chapter 7 to Chapter 13 [Dkt. 25] as follows:

1. The Trustee does not oppose conversion, provided the conversion order directs that, if the Chapter 13 case fails, the case be reconverted to Chapter 7 rather than dismissed.
2. If the Debtor cannot obtain confirmation or fails to perform under a confirmed plan, reconversion under 11 U.S.C. § 1307(c) should follow upon appropriate notice and hearing, preserving administration of any nonexempt assets for creditors.

WHEREFORE, the Trustee requests that the conversion order include the foregoing provision for reconversion rather than dismissal.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I certify that on October 14,, 2026, I served the foregoing through the Court's CM/ECF system upon Kevin F. O'Brien, counsel for the Debtor, the United States Trustee, Locke D. Barkley, Chapter 13 Trustee, and all other registered recipients.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.