CM/ECF oiextsty
(Rev. 09/14/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Renata L. Walton<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−12994−JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

Re: ***12*** − Motion for Relief from Stay and Request., Motion to Abandon of Property of the Estate. Filed by Bryant Carlton on behalf of The Bank of Fayette County. (Attachments: # 1 Exhibit Promissory Note Loan 9811 # 2 Exhibit Security Agreement Loan 9811 # 3 Exhibit Copies of Titles on Loan 9811 # 4 Exhibit Promissory Note on Loan 2011 # 5 Exhibit Security Agreements on Loan 2011 # 6 Exhibit Copies of Titles on Loan 2011 # 7 Exhibit Replevin 1 # 8 Exhibit Replevin 2 # 9 Exhibit Fax of Bankruptcy Notice # 10 Exhibit Notice of Foreign Judgment on Replevin 1 # 11 Exhibit Notice of Foreign Judgment on Replevin 2 # 12 Exhibit Writ of Possession 1 # 13 Exhibit Writ of Possession 2 # 14 Exhibit Return of Writs of Possession (Collectively)) (Carlton, Bryant)

(the "Motion")

## ORDER EXTENDING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in the above referenced bankruptcy case, the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided by Section 362(e) of the Bankruptcy Code will not hinder, burden, delay or be inconsistent with the proceeding.

IT IS THEREFORE ORDERED that the automatic stay under 11 U.S.C. Section 362 is hereby extended and is to remain in effect pending entry of an Order resolving the Motion.

Dated: 10/7/26

Jason D. Woodard
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-12994-JDW
Renata L. Walton Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 07, 2026 Form ID: oiextsty Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renata L. Walton, 3140 Cypress Run Cove, Olive Branch, MS 38654-1191 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryant Carlton | on behalf of Creditor The Bank of Fayette County bcarlton@martintate.com mowens@martintate.com |
| Kevin F. O'Brien | on behalf of Debtor Renata L. Walton bankruptcy@obrienfirm.com f.kr73597@notify.bestcase.com;obrien-law-firm-llc@pacer.glade.ai |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5