**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**

**IN RE:** **CASE NO: 26-12994**
**Walton, Renata L.**

**APPEARANCES:**

( ) DEBTOR 1
- ( ) Required picture I.D. produced
- ( ) Required SSN verification produced
- ( ) Pay advices received

( ) DEBTOR 2 (Wife in Joint Cases)
- ( ) Required picture I.D. produced
- ( ) Required SSN verification produced
- ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed
Tax returns received for ______________________(years) on _________________ ( ) uploaded.
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to Office of the UST.
( ) DEBTOR'S REPRESENTATIVE: ____________________________________________________
( x ) ATTORNEY FOR DEBTOR(S): **KEVIN F. O'BRIEN** or substitute: ______________________________
( ) DEBTOR(S) APPEARED PRO SE
- ( ) YES ( ) NO – If Pro Se, did anyone assist with preparation?
- ( ) YES ( ) NO – If yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD; or
( ) NOT HELD; or
( x ) NOT CONCLUDED AND IS CONTINUED TO THE 25th DAY OF November 2026 at 10:30 am.

( ) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within ten (10) days of §341(a) Meeting – Schedule _______________
( ) OTHER: ______________________________________________________________________________
_______________________________________________________________________________________
_______________________________________________________________________________________

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _________
_______________________________________________________________________________________

ADDITIONAL NOTES: ______________________________________________________________________
_______________________________________________________________________________________
_______________________________________________________________________________________
_______________________________________________________________________________________
_______________________________________________________________________________________

DATED: October 30, 2026 TRUSTEE: THOMAS C. ROLLINS, JR.

Track # 33