**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: WALTON, RENATA L.** **CASE NO. 26-12994-JDW**
**DEBTOR** **CHAPTER 7**

## AGREED ORDER EXTENDING DEADLINES FOR TRUSTEE AND UNITED STATES TRUSTEE TO FILE § 727 COMPLAINTS, MOTIONS TO DISMISS FOR ABUSE, AND OBJECTIONS TO EXEMPTIONS

On the ore tenus motion of the Debtor and Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee"), to extend the deadlines for the Trustee and the United States Trustee to file complaints objecting to discharge under 11 U.S.C. § 727, motions to dismiss for abuse, and objections to the Debtor's claims of exempt property, and the Court, having considered the same, finds that good cause exists and that the requested relief should be granted. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED that:**

**1.** The deadline for the Trustee and the United States Trustee to file complaints objecting to the Debtor's discharge under 11 U.S.C. § 727 is extended to sixty (60) days after the conclusion of the meeting of creditors under 11 U.S.C. § 341(a);

**2.** The deadline for the United States Trustee to file a motion to dismiss for abuse is extended to sixty (60) days after the conclusion of the meeting of creditors under 11 U.S.C. § 341(a); and

**3.** The deadline for the Trustee and other parties in interest to object to the Debtor's claims of exempt property is extended to thirty (30) days after the conclusion of the meeting of creditors under 11 U.S.C. § 341(a).

**##END OF ORDER##**

**APPROVED AND AGREED TO:**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR.**
**CHAPTER 7 TRUSTEE**
(MSB 103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

/s/ KEVIN F. O'BRIEN
**KEVIN F. O'BRIEN**
**ATTORNEY FOR DEBTOR**

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-12994-JDW
Renata L. Walton Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Nov 03, 2026 Form ID: pdf0003 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Renata L. Walton, 3140 Cypress Run Cove, Olive Branch, MS 38654-1191 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Bryant Carlton | on behalf of Creditor The Bank of Fayette County bcarlton@martintate.com mowens@martintate.com |
| Kevin F. O'Brien | on behalf of Debtor Renata L. Walton bankruptcy@obrienfirm.com f.kr73597@notify.bestcase.com;OBrienLawFirmLLC@jubileebk.net |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5