**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**RE: Renata L. Walton** — **Case # 26-12994**

**Debtor(s)** — **Chapter: 7**

**ORDER WITHDRAWING MOTION TO CONVERT CHAPTER 7 TO CHAPTER 13 [Dkt #25]**

UPON the *ore tenus* Motion of the Debtor(s), by and through counsel, this Honorable Court orders as follows:

The Motion to Convert Chapter 7 to Chapter 13 [Dkt#25] is hereby ordered withdrawn.

SO ORDERED, ADJUDGED AND DECREED.

## END OF ORDER ##

Approved for entry:

**/s/ Kevin F. O'Brien**
**KEVIN F. O'BRIEN, MSB# 10731**
**Attorney for Debtor(s)**
**1890 Goodman Road East, Suite 201**
**Southaven, MS 38671**
**(662) 349-3339**